CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

APR 24 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 1:18CR00010 |
| LOUIS GERALD MACDOWELL | : | Violations: 18 U.S.C. §§ 842 & 922 |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about March 4, 2018, in the Western District of Virginia and elsewhere, LOUIS GERALD MACDOWELL knowingly possessed firearms, namely,

   a. Remington 11-87 12 gauge shotgun,
   b. Ruger 10-22 .22 cal long rifle
   c. Ruger 44 Mag. Carbine
   d. Ruger Rancher .223 rifle,
   e. Colt .223 Sporting AR rifle,
   f. Taurus Brazil .357 cal. pistol
   g. Mauser Werke AG

in or affecting interstate or foreign commerce, while being an unlawful user of a controlled substance.

2. All in violation of Title 18, United States Code, Section 922(g)(3).

### COUNT TWO

The Grand Jury charges that:

1. On or about March 4, 2018, in the Western District of Virginia and elsewhere, LOUIS GERALD MACDOWELL knowingly possessed explosives, which had been shipped or

transported in or affecting interstate or foreign commerce, while being an unlawful user of a controlled substance.

2. All in violation of Title 18, United States Code, Section 842(i)(3).

A TRUE BILL, this _24th_ day of April, 2018.

s/ Grand Jury Foreperson

_/s/ Thomas T. Cullen_
THOMAS T. CULLEN
United States Attorney

by
ZTL